UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
AUGUSTA DIVISION

FILED
U.S. DISTRICT COURT
AUGUSTA DIV.
2022 OCT 14 P 2:32
CLERK_____
SO. DIST OF GA.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | INFORMATION NO: |
| | ) | |
| v. | ) | 18 U.S.C. § 2251(b) |
| | ) | |
| | ) | Attempted Production of Child |
| | ) | Pornography by a Parent |
| MICHAEL BENJAMIN BUCKNER | ) | or Guardian |

CR 1 2 2 - 1 0 0

THE UNITED STATES ATTORNEY CHARGES THAT:

## COUNT ONE
*Attempted Production of Child Pornography by a Parent or Guardian*
18 U.S.C. § 2251(b)

On or about September 18, 2021, in Columbia County, within the Southern District of Georgia, the defendant,

**MICHAEL BENJAMIN BUCKNER,**

being the parent of minor victim 1 (MV1), did knowingly attempt to employ, use, persuade, induce, entice or coerce MV1 to engage in sexually explicit conduct for the purpose of producing a visual depiction of such conduct, and that visual depiction was produced using materials that had been mailed, shipped and transported in or affecting interstate or foreign commerce by any means, including by computer to wit: images with filenames ending in -4545 and -1791.

All in violation of Title 18, United States Code, Section 2251(b).

Signatures of the Attorneys:

_____
David H. Estes
United States Attorney

_____
Tara M. Lyons
Assistant United States Attorney
Deputy Chief, Criminal Division
*Lead Counsel

_____
Patricia G. Rhodes
Assistant United States Attorney
Chief, Criminal Division